FILED IN THE