# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00672DAE |
| CASE NAME: | Rufus R. Robinson III, et al. v. Tripler Army Medical Center, et al. |
| ATTYS FOR PLA: | Rufus R. Robinson III, Pro Se |
| ATTYS FOR DEFT: | Kendall Moser<br>Marie M. Gavigan |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Debra Chun |
| DATE: | 1/3/2006 | TIME: | 9:45am-11:15am |

COURT ACTION:  EP:  Defendants Patricia Snyder, David K.Y. Kam and Elliott Plourde's Motion for Summary Judgment.  Defendant Honolulu (City) Police Department's Motion to Dismiss Amended Complaint filed October 11, 2005 .  Plaintiff's Counter-Motion to Defendant Honolulu (City) Police Department's Motion To Dismiss Amended Complaint Filed On October 11, 2005.

Defendants Patricia Snyder, David K.Y. Kam and Elliott Plourde's Motion for Summary Judgment- TAKEN UNDER ADVISEMENT

Defendant Honolulu (City) Police Department's Motion to Dismiss Amended Complaint filed October 11, 2005- TAKEN UNDER ADVISEMENT

Plaintiff's Counter-Motion to Defendant Honolulu (City) Police Department's Motion To Dismiss Amended Complaint Filed On October 11, 2005- TAKEN UNDER ADVISEMENT

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager