Rufus R. Robinson III        PRO SE
Willard Imamoto              PRO SE
Pastor George Piliwale       PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii  96792
(808) 696-5341    Home / Business
(808) 696-3966    FAX
Email: rufus_r_robinson_iii1@msn.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at 10 o'clock and 35 min. A. M̶
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| Rufus R. Robinson III,<br>Gretchen M. Robinson<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Tripler Army Medical Center; Tripler Army Medical Center, Director of Neonatal Intensive Care Unit; State of Hawaii, Department of Human Services; State of Hawaii, Child Protective Service; Patricia Snyder, Social Services Division Administrator; David K. Y. Kam, CPS Supervisor; Elliott Plourde, CPS Worker; Judge Lillian Ramirez-Uy; Honolulu (City) Police Department / Honolulu Police Officer K. Kanaa (Badge 3617)<br>　　　　Defendants | Civil No.: CV04 00672 DAE KSC<br><br>**MOTION TO ADD AN ADDITIONAL ORAL DEPOSITION (4)**<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing: January 27, 2006<br>Time:    9:30 AM<br>Place:   U S District Court above<br><br>JUDGE: THE HONORABLE MAGISTRATE JUDGE<br>　　　　KEVIN S. C. CHANG<br><br>JURY TRIAL: May 2, 2006 at 9:00 AM |

### MOTION TO ADD AN ADDITIONAL ORAL DEPOSITION (4)

Rule 30 of the Federal Rules of Civil Procedure allows a Plaintiff, Defendant, or Third Party to take ten (10) Oral Depositions. Plaintiffs initially intended more than ten depositions and requested leave of the court for the additional depositions. The court denied all but three of the oral depositions. Plaintiffs are short seven oral depositions. Plaintiffs request leave of the court to depose one other person not previously identified for testimony.

During the Plourde, Kam, and Snyder depositions on December 9, 2005 Mary Hardy (Intake Social Worker) was identified as a person having significant testimonial evidence relevant to this case.



The Kewai K. Robinson Medical Record ordered by Deputy Attorney General Kendall J. Moser, show that consent for some medical procedures performed by Tripler Army Center Medical Staff was obtained from Mary Hardy. Mary Hardy was available via the CPS Hotline when SW Elliott Plourde was not available.

New Oral Depositions will be held at the Self Storage Conference Room in Pearl City across from the Blaisdell Park.

Additionally, the Honorable Chief Judge David A. Ezra encouraged that depositions be expedited since we are in the Discovery Phase of this case and Summary Judgement is pending. Additional major evidence is forth coming.

DATED AT: HONOLULU, HAWAII    THIS    10th    DAY OF    JANUARY 2006.


_____
Rufus R. Robinson III   PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii 96792   (808) 696-5341

Rufus R. Robinson III    PRO SE
Willard Imamoto          PRO SE
Pastor George Piliwale   PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii  96792
(808) 696-5341    Home / Business
(808) 696-3966    FAX
Email: rufus_r_robinson_iii1@msn.com

# United States District Court
## State of Hawaii

| | |
|---|---|
| Rufus R. Robinson III, Gretchen M. Robinson<br><br>              Plaintiffs,<br>     vs.<br>Tripler Army Medical Center; et. al.,<br><br>              Defendants | Civil No.:  CV04 00672 DAE KSC<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the previous document was mailed, postage paid, to each of the following:

    RACHEL S. MORIYAMA
    Assistant U. S. Attorney
    Room 6-100, PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850-6100

        Attorney for Defendant
        United States of America

    JOANNA B. K. FONG
    HOLLY T. SHIKADA
    Department of the Attorney General
    235 S. Beretania Street,   Room 304
    Honolulu, Hawaii  96813

        Attorney for Defendant
        THE HONORABLE LILLIAN RAMIREZ-UY

CINDY S. INOUYE
KENDALL J. MOSER
Deputy Attorneys General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES;
STATE OF HAWAII, CHILD PROTECTIVE SERVICES;
PATRICIA SNYDER; DAVID K. Y. KAM;
ELLIOTT PLOURDE

MARIE MANUELE GAVIGAN
Deputy Corporation Counsel
530 S King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendant
HONOLULU POLICE DEPARTMENT

DATED AT: HONOLULU, HAWAII    THIS  10th    DAY OF   JANUARY 2006.

_____
Rufus R. Robinson III    PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii 96792   (808) 696-5341