# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/27/2006  4:30 pm

SUE BEITIA CLERK

| | |
|---|---|
| CASE NUMBER: | CV04-00672DAE-KSC |
| CASE NAME: | Rufus Robinson, III, et al. vs. Tripler Army Medical Center, et al. |
| ATTYS FOR PLA: | Rufus Robinson, Pro Se |
| | Gretchen Robinson, Pro Se |
| ATTYS FOR DEFT: | Kendall Moser |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 1/27/2006 | TIME: | 9:28-9:45:23am |

COURT ACTION:  EP:
1. Motion to Add Additional Oral Depositions (3)
2. Motion to Add Additional Oral Depositions (4)
3. Settlement Conference

Plaintiff requests to take depositions of: Chandler, Perez, Stark and Hardy.

Defendant takes no position on these two motions

Motion to Add Additional Oral Depositions (3) and Motion to Add Additional Oral Depositions (4) taken under advisement.  Court to issue a written order.

Settlement Conference.  There is no monetary offer from the State.  No settlement.

Submitted by: Shari Afuso, Courtroom Manager