EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA  3802
Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Rachel.Moriyama@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RUFUS R. ROBINSON III,<br>GRETCHEN M. ROBINSON,<br><br>              Plaintiffs,<br><br>   v.<br><br>TRIPLER ARMY MEDICAL CENTER;<br>TRIPLER ARMY MEDICAL CENTER,<br>DIRECTOR OF NEONATAL<br>INTENSIVE CARE UNIT; STATE OF<br>HAWAII, DEPARTMENT OF HUMAN<br>SERVICES; STATE OF HAWAII,<br>CHILD PROTECTIVE SERVICE;<br>PATRICIA SNYDER, SOCIAL<br>SERVICES DIVISION<br>ADMINISTRATOR; DAVID K. Y.<br>KAM, CPS SUPERVISOR; ELLIOTT<br>PLOURDE, CPS WORKER,<br><br>              Defendants.<br>_____ | CIVIL NO. 04 00672 HG KSC<br><br>CERTIFICATE OF SERVICE<br>(Dr. Agnes Sierocka-<br>Castaneda's Response to<br>Plaintiff's Request for<br>Answers to Interrogatories) |

<u>CERTIFICATE OF SERVICE</u>

      IT IS HEREBY CERTIFIED that a copy of Dr. Agnes Sierocka-Castaneda's Response to Plaintiff's Request for Answers to Interrogatories, dated January 19, 2006, was duly mailed, postage prepaid, to the following:

```
RUFUS R. ROBINSON III
GRETCHEN M. ROBINSON
85-124 A Ala Walua Street
Waianae, Hawaii  96792

     Plaintiffs Pro Se


MARIE MANUELE GAVIGAN
Office of the Corporation Counsel-Honolulu
530 S. King Street, Suite 110
Honolulu, Hawaii  96813

     Attorney for the Honolulu Police Department

CINDY S. INOUYE, ESQ.
KENDALL MOSER, ESQ.
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii  96813

     Attorneys making a special appearance
     for Defendants STATE OF HAWAII OF
     HUMAN SERVICES; STATE OF HAWAII; CHILD
     PROTECTIVE SERVICES; PATRICIA SNYDER,
     SOCIAL SERVICES DIVISION ADMINISTRATOR;
     DAVID K. Y. KAM, CPS SUPERVISOR;
     ELLIOTT PLOURDE, CPS WORKER

Dated:  January 30, 2006, at Honolulu, Hawaii.

                              /s/ Jan Yoneda
                              _____
```