IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RUFUS R. ROBINSON III and GRETCHEN M. ROBINSON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>TRIPLER ARMY MEDICAL CENTER, et. al.,<br><br>    Defendants.<br>_____ | ) CIVIL NO. 04-00672 DAE-KSC<br>)<br>) ORDER DENYING PLAINTIFFS'<br>) MOTIONS TO TAKE ADDITIONAL<br>) DEPOSITIONS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER DENYING PLAINTIFFS' MOTIONS TO TAKE ADDITIONAL
<u>DEPOSITIONS</u>

    Before the Court are the following two motions filed by <u>pro se</u> Plaintiffs Rufus R. Robinson III and Gretchen M. Robinson ("Plaintiffs"): (1) Motion to Add Additional Oral Depositions 3, filed December 22, 2005 and (2) Motion to Add An Additional Oral Deposition 4, filed January 10, 2006 ("Motions").

    The Motions came on for hearing on January 27, 2006. Rufus R. Robinson III appeared on behalf of himself; Deputy Attorney General Kendall Moser appeared

on behalf of Defendants Patricia Snyder, David K.Y. Kam, and Elliot Plourde.

In Plaintiffs' Motions, they state that after the depositions of Defendants Elliot Plourde, David K.Y. Kam, and Patricia Snyder on December 9, 2005, Plaintiffs identified the following persons as having testimonial evidence relevant to this case: (1) Susan Chandler, Head of the Department of Human Services on November 22, 2002; (2) Peo Parez, Section Administrator of Child Protective Services; (3) Amy Stark, Branch Administrator of Child Protective Services, and (4) Mary Hardy, an intake social worker. At the hearing on January 27, 2006, Plaintiffs informed the Court that all of the requested depositions relate to determining the liability of Defendants Elliot Plourde, David K.Y. Kam, and Patricia Snyder.

On January 27, 2006, Judge David Alan Ezra issued an Order Granting Defendants' Motion for Summary Judgment. As a result of this Order, Elliot Plourde, David K.Y. Kam, and Patricia Snyder are no longer defendants in this case. Consequently, Plaintiffs'

Motions to Add Additional Depositions are DENIED as moot.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, January 30, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 04-00672 HG-KSC.  <u>RUFUS R. ROBINSON III and GRETCHEN M. ROBINSON v. TRIPLER ARMY MEDICAL CENTER, ET. AL.</u>; ORDER DENYING PLAINTIFFS' MOTIONS TO TAKE ADDITIONAL DEPOSITIONS