# United States District Court for the Ninth Circuit

District of Hawaii
Civil No.: CV04 00672 DAE KSC
File Number: 05-17011

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 03 2006

at 3 o'clock and 30 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| Rufus R. Robinson III,<br>Gretchen M. Robinson<br><br>Plaintiffs,<br><br>vs.<br><br>Tripler Army Medical Center;<br>Tripler Army Medical Center,<br>Director of Neonatal Intensive<br>Care Unit; State of Hawaii,<br>Department of Human Services;<br>State of Hawaii, Child Protective<br>Service; Patricia Snyder, Social<br>Services Division Administrator;<br>David K. Y. Kam, CPS Supervisor;<br>Elliott Plourde, CPS Worker; Judge<br>Lillian Ramirez-Uy; Honolulu<br>(City) Police Department /<br>Honolulu Police Officer K. Kanaa<br>(Badge 3617)<br>Defendants | Amended Notice of Appeal |

   Notice is hereby given that Rufus R. Robinson III and Gretchen M. Robinson, Pro Se Plaintiffs in the above named case, hereby amend their appeal to the United States Court of Appeals for the Ninth Circuit from the final Summary Judgement and orders Granting Defendants Tripler Army Medical Center; Tripler Army Medical Center, Director of Neonatal Intensive Care Unit; State of Hawaii, Department of Human Services; State of Hawaii, Child Protective Service to be dismissed from the above case. Final Judgement was entered on the 26th day of August, 2005. Appeal is amended to include the court order of January 12, 2006 "Order Granting Defendant HPD's Motion to Dismiss And Denying Plaintiffs' Counter-Motion" and "Order Granting Defendants' Motion for Summary Judgement" (filed January 27, 2006).

Requesting restoration of all defendants.

*Rufus R. Robinson* (signature)

Rufus R. Robinson III    PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii 96792 (808) 696-5341