# RUFUS R. ROBINSON III

**From:** "Gavigan, Marie Manuele" <mgavigan@honolulu.gov>
**To:** "RUFUS R. ROBINSON III" <rufus_r_robinson_iii1@msn.com>
**Cc:** "Jerrold Yashiro" <Jerrold.G.Yashiro@hawaii.gov>; "Kendall J. Moser" <Kendall.J.Moser@hawaii.gov>; "Rachel S. Moriyama" <Rachel.Moriyama@usdoj.gov>
**Sent:** Thursday, January 12, 2006 10:21
**Subject:** RE: Discovery Request

Mr. Robinson,
in light of the Court's ruling filed today, HPD will not be responding to any discovery requests in this case.
If you have any questions, please feel free to email me. Thank you.
Marie Gavigan

-----Original Message-----
**From:** RUFUS R. ROBINSON III [mailto:rufus_r_robinson_iii1@msn.com]
**Sent:** Monday, January 09, 2006 1:33 PM
**To:** Gavigan, Marie Manuele
**Cc:** Jerrold Yashiro; Kendall J. Moser; Rachel S. Moriyama
**Subject:** Discovery Request

Ms Gavigan,

As a part of Discovery in case "Rufus R. Robinson III, et al vs. Tripler Army Medical Center, et al", Civil Number 04-00672 DAE-KSC, we request that you provide to us a copy of the Officer Kanaa Police Reports concerning Baby Kewai and Melanie Rapez for the date of November 22, 2002; and the reports of Officer Kanaa's immediate supervisor for this same date.

We are aware of phone calls Officer Kanaa made to ask advice from someone concerning the events at Tripler. The report of this person we also seek.

Mahalo for your quick response to this Discovery Request.

Rufus Robinson

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RUFUS R. ROBINSON III and GRETCHEN M. ROBINSON, <br><br>  Plaintiffs, <br><br> vs. <br><br> TRIPLER ARMY MEDICAL CENTER, et. al., <br><br>  Defendants. | ) CIVIL NO. 04-00672 DAE-KSC <br> ) <br> ) ORDER DENYING PLAINTIFFS' <br> ) MOTIONS TO TAKE ADDITIONAL <br> ) DEPOSITIONS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER DENYING PLAINTIFFS' MOTIONS TO TAKE ADDITIONAL
DEPOSITIONS

Before the Court are the following two motions filed by pro se Plaintiffs Rufus R. Robinson III and Gretchen M. Robinson ("Plaintiffs"): (1) Motion to Add Additional Oral Depositions 3, filed December 22, 2005 and (2) Motion to Add An Additional Oral Deposition 4, filed January 10, 2006 ("Motions").

The Motions came on for hearing on January 27, 2006. Rufus R. Robinson III appeared on behalf of himself; Deputy Attorney General Kendall Moser appeared

EXHIBIT B

on behalf of Defendants Patricia Snyder, David K.Y. Kam, and Elliot Plourde.

In Plaintiffs' Motions, they state that after the depositions of Defendants Elliot Plourde, David K.Y. Kam, and Patricia Snyder on December 9, 2005, Plaintiffs identified the following persons as having testimonial evidence relevant to this case: (1) Susan Chandler, Head of the Department of Human Services on November 22, 2002; (2) Peo Parez, Section Administrator of Child Protective Services; (3) Amy Stark, Branch Administrator of Child Protective Services, and (4) Mary Hardy, an intake social worker. At the hearing on January 27, 2006, Plaintiffs informed the Court that all of the requested depositions relate to determining the liability of Defendants Elliot Plourde, David K.Y. Kam, and Patricia Snyder.

On January 27, 2006, Judge David Alan Ezra issued an Order Granting Defendants' Motion for Summary Judgment. As a result of this Order, Elliot Plourde, David K.Y. Kam, and Patricia Snyder are no longer defendants in this case. Consequently, Plaintiffs'

2

Motions to Add Additional Depositions are DENIED as moot.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, January 30, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 04-00672 HG-KSC. <u>RUFUS R. ROBINSON III and GRETCHEN M. ROBINSON v. TRIPLER ARMY MEDICAL CENTER, ET. AL.;</u> ORDER DENYING PLAINTIFFS' MOTIONS TO TAKE ADDITIONAL DEPOSITIONS

3

# Civil Cases Report

## U.S. District Court -- District of Hawaii - CM/ECF V2.5 (11/05)
## Filed Report Period: 11/7/2004 - 2/14/2006

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:04-cv-00672-DAE-KSC<br>**Robinson, et al v. Tripler Army Medical, et al** | *Case filed:* 11/12/2004 | 459 | *Cause:* 28:1331 Federal Question: Other Civil Rights<br>*NOS:* 440 Civil Rights: Other<br>*Office:* Hawaii<br>*Presider:* David Alan Ezra<br>*Referral:* KEVIN S.C. CHANG<br>*Jury demand:* Plaintiff<br>*Case flags:* APPEAL, HGREC |

**Total number of cases reported: 1**

### Selection Criteria for Report

| | |
|---|---|
| Office | All |
| Case Type | cv |
| Nature of Suit | 440: Civil Rights: Other |
| Cause | All |
| Filed Date | 11/7/2004 - 2/14/2006 |
| Case Flags | APPEAL |
| Terminal Digits | All |
| Open Cases | Yes |
| Closed Cases | No |
| Sort by | Case |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/14/2006 02:31:25 | | | |
| PACER Login: | rr1801 | Client Code: | |
| Description: | Civil Cases Report | Search Criteria: | Filed From: 11/7/2004<br>Filed To: 2/14/2006 |
| Billable Pages: | 1 | Cost: | 0.08 |

EXHIBIT C