# Civil Cases Report

## U.S. District Court -- District of Hawaii - CM/ECF V2.5 (11/05)
### Filed Report Period: 11/7/2004 - 2/14/2006

| Case Number/ Title | Case Dates | Days Pending | Notes |
|---|---|---|---|
| 1:04-cv-00672-DAE-KSC **Robinson, et al v. Tripler Army Medical, et al** | *Case filed:* 11/12/2004 | 459 | *Cause:* 28:1331 Federal Question: Other Civil Rights *NOS:* 440 Civil Rights: Other *Office:* Hawaii *Presider:* David Alan Ezra *Referral:* KEVIN S.C. CHANG *Jury demand:* Plaintiff *Case flags:* APPEAL, HGREC |

**Total number of cases reported: 1**

### Selection Criteria for Report

| | |
|---|---|
| Office | All |
| Case Type | cv |
| Nature of Suit | 440: Civil Rights: Other |
| Cause | All |
| Filed Date | 11/7/2004 - 2/14/2006 |
| Case Flags | APPEAL |
| Terminal Digits | All |
| Open Cases | Yes |
| Closed Cases | No |
| Sort by | Case |

### PACER Service Center
#### Transaction Receipt
02/14/2006 02:31:25

| PACER Login: | rr1801 | Client Code: | |
|---|---|---|---|
| Description: | Civil Cases Report | Search Criteria: | Filed From: 11/7/2004 Filed To: 2/14/2006 |
| Billable Pages: | 1 | Cost: | 0.08 |

EXHIBIT C