Rufus R. Robinson III    PRO SE
Willard Imamoto          PRO SE
Pastor George Piliwale   PRO SE
85-124 A Ala Walua Street
Waianae, Hawaii 96792
(808) 696-5341    Home / Business
(808) 696-3966    FAX
Email: rufus_r_robinson_iii1@msn.com

# United States District Court
## State of Hawaii

| | |
|---|---|
| Rufus R. Robinson III, Gretchen M. Robinson<br><br>Plaintiffs,<br><br>vs.<br><br>Tripler Army Medical Center; Tripler Army Medical Center, Director of Neonatal Intensive Care Unit; State of Hawaii, Department of Human Services; State of Hawaii, Child Protective Service; Patricia Snyder, Social Services Division Administrator; David K. Y. Kam, CPS Supervisor; Elliott Plourde, CPS Worker; Judge Lillian Ramirez-Uy; Honolulu (City) Police Department / Honolulu Police Officer K. Kanaa (Badge 3617)<br><br>Defendants | Civil No.: CV04 00672 DAE KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the previous document was mailed post paid to each of the following:

> RACHEL S. MORIYAMA
> Assistant U. S. Attorney
> Room 6-100, PJKK Federal Building
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850-6100
>
> Attorney for Defendant
> United States of America
>
> JOANNA B. K. FONG
> HOLLY T. SHIKADA
> Department of the Attorney General
> 235 S. Beretania Street, Room 304
> Honolulu, Hawaii 96813
>
> Attorney for Defendant
> THE HONORABLE LILLIAN RAMIREZ-UY

CINDY S. INOUYE
KENDALL J. MOSER
Deputy Attorneys General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES;
STATE OF HAWAII, CHILD PROTECTIVE SERVICES;
PATRICIA SNYDER; DAVID K. Y. KAM;
ELLIOTT PLOURDE

MARIE MANUELE GAVIGAN
Deputy Corporation Counsel
530 S King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendant
HONOLULU POLICE DEPARTMENT


DATED AT HONOLULU, HAWAII    THIS 14th    DAY OF February 2006.


                                    _____
                                    Rufus R. Robinson III    PRO SE
                                    85-124A  Ala Walua Street
                                    Waianae, Hawaii 96792