Rufus R. Robinson III    PRO SE
Willard Imamoto          PRO SE
Pastor George Piliwale   PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii  96792
(808) 696-5341    Home / Business
(808) 696-3966    FAX
Email: rufus_r_robinson_iii1@msn.com

# United States District Court
## District of Hawaii

| | |
|---|---|
| Rufus R. Robinson III,<br>Gretchen M. Robinson<br><br>             Plaintiffs,<br><br>vs.<br><br>Tripler Army Medical Center; Tripler Army Medical Center, Director of Neonatal Intensive Care Unit; State of Hawaii, Department of Human Services; State of Hawaii, Child Protective Service; Patricia Snyder, Social Services Division Administrator; David K. Y. Kam, CPS Supervisor; Elliott Plourde, CPS Worker; Judge Lillian Ramirez-Uy; Honolulu (City) Police Department / Honolulu Police Officer K. Kanaa (Badge 3617)<br>             Defendants | Civil No.: CV04 00672 DAE KSC<br><br>OBJECTION TO ORDER GRANTING DEFENDANT HPD'S MOTION TO DISMISS AND DENYING PLAINTIFFS' COUNTER-MOTION, FILED ON JANUARY 12, 2006 AND MOTION FOR RECONSIDERATION<br><br>MEMORANDUM IN SUPPORT OF OBJECTION TO ORDER GRANTING DEFENDANT HPD'S MOTION TO DISMISS AND DENYING PLAINTIFFS' COUNTER-MOTION, FILED ON JANUARY 12, 2006 AND MOTION FOR RECONSIDERATION<br><br>CERTIFICATE OF SERVICE<br><br>Hearing Date: _____<br>Hearing Time: _____<br>Place:    U S District Court Above<br><br>JUDGE: THE HONORABLE U S DISTRICT JUDGE<br>DAVID ALAN EZRA<br><br>JURY TRIAL: March 7, 2006 at 9:00 AM |

**OBJECTION TO ORDER GRANTING DEFENDANT HPD'S MOTION TO DISMISS AND DENYING PLAINTIFFS' COUNTER-MOTION, FILED ON JANUARY 12, 2006 AND MOTION FOR RECONSIDERATION.**

All Defendants concerned, please be advised and aware that a hearing is requested for this objection and motion. The hearing will take place as indicated.

In accordance with FRCP Rule 46 the Plaintiffs submit our objection to the court's order.

After confusion as to the status of this case was resolved by "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR A RULING ON CASE STATUS" filed February 20, 2006, Plaintiffs are able to proceed with this objection and motion for reconsideration.

### THE ORDER

**STANDARD of REVIEW.** Complying with FRCP Rule 60(b)(1) "mistake, inadvertence, surprise or excusable neglect", (2) "newly discovered evidence which by due diligence

1

. . . ", (6) "any other reason . . . ", and ". . . the motion shall be made within a reasonable time . . . not more than one year . . ." and Local Rule 60.1(a) "Discovery of new material facts not previously available".

This motion meet the requirements of FRCP Rule 60 and LR 60 in that evidence from depositions and HPD Reports which could not have been presented at the last hearing on this matter were not available to the court. Deposition evidence will show perjury as will also a transcript of the hearing held on January 3, 2006.

**OBJECTION**. Defendants incorrectly cite Hawaii Law concerning personal injury when the charge is 2nd Degree Murder. The court (perhaps based on the Defendant's arguments) incorrectly construes the Plaintiffs' charge of 2nd Degree Murder to mean that there was a wrongful death. The defendants in this case conspired and consulted together to commit murder. There is no statute of limitation on murder.

## CONCLUSION

This order should be rescinded or put on hold (the legal terminology is not known by the Plaintiffs) and reissued as "taken under advisement" or set for rehearing in 30 days. Time must be allowed for the Plaintiffs to complete Discovery and present this Honorable Court all the truth. (There is no statute of limitation on the truth.)

DATED AT: HONOLULU, HAWAII   THIS   28th   DAY OF   FEBRUARY 2006.

_____
Rufus R. Robinson III   PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii 96792   (808) 696-5341

2