BENJAMIN J. CAYETANO
GOVERNOR



SUSAN M. CHANDLER, M.S.W., Ph.D
DIRECTOR

KATHLEEN O. STANLEY
DEPUTY DIRECTOR

STATE OF HAWAII
DEPARTMENT OF HUMAN SERVICES
Social Services Division
Child Welfare Services Branch
Oahu Child Welfare Services Section II
Kakuhihewa Building
601 Kamokila Blvd., Room 172
Kapolei, Hawaii 96707

__11-22-02__
(Date)

## PROTECTIVE CUSTODY FORM

__Kinai Robinson__, a minor, __11-18-02 / 4 days__
(Minor's Name)                          (birthdate/approximate age)

was taken into protective custody by the Honolulu Police Department, pursuant to

Section 587-22, of the Hawaii Revised Statutes, at __1850__, __Fri.__,
                                                    (hour)    (day)

__11-22-02__, while at __Tripler / 1 Jarrett Wht Rd.__,
(date)                    (Location)

by officer __K. Kanaa__, Badge No. __8617__,
        (Police Officer)

who transferred custody of said minor to the temporary custody of the Department of

Human Services.

The Police Case No. is __02-459818__

__K. Kanaa__ [signature] __8617__
Police Officer

[signature]
Department of Human Services Representative

_____
Medical Staff

EXHIBIT C

AN EQUAL OPPORTUNITY AGENCY