Rufus R. Robinson III    PRO SE
Willard Imamoto          PRO SE
Pastor George Piliwale   PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii  96792
(808) 696-5341    Home / Business
(808) 696-3966    FAX
Email: rufus_r_robinson_iii1@msn.com

# United States District Court
## State of Hawaii

| | |
|---|---|
| Rufus R. Robinson III, <br> Gretchen M. Robinson <br><br> Plaintiffs, <br><br> vs. <br><br> Tripler Army Medical Center; et. al., <br><br> Defendants | Civil No.: CV04 00672 DAE KSC <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the previous document was mailed, postage paid, to each of the following:

    RACHEL S. MORIYAMA
    Assistant U. S. Attorney
    Room 6-100, PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850-6100

    Attorney for Defendant
    United States of America

    JOANNA B. K. FONG
    HOLLY T. SHIKADA
    Department of the Attorney General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

    Attorney for Defendant
    THE HONORABLE LILLIAN RAMIREZ-UY

CINDY S. INOUYE
KENDALL J. MOSER
Deputy Attorneys General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii  96813

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES;
STATE OF HAWAII, CHILD PROTECTIVE SERVICES;
PATRICIA SNYDER; DAVID K. Y. KAM;
ELLIOTT PLOURDE

MARIE MANUELE GAVIGAN
Deputy Corporation Counsel
530 S King Street, Room 110
Honolulu, Hawaii  96813

Attorney for Defendant
HONOLULU POLICE DEPARTMENT


DATED AT: HONOLULU, HAWAII   THIS   28th   DAY OF   FEBRUARY 2006.

_____
Rufus R. Robinson III   PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii 96792   (808) 696-5341