

Rufus R. Robinson III    PRO SE
Willard Imamoto          PRO SE
Pastor George Piliwale   PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii  96792
(808) 696-5341    Home / Business
(808) 696-3966    FAX
Email: rufus_r_robinson_iii1@msn.com



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| Rufus R. Robinson III, Gretchen M. Robinson<br><br>Plaintiffs,<br><br>vs.<br><br>Tripler Army Medical Center; Tripler Army Medical Center, Director of Neonatal Intensive Care Unit; State of Hawaii, Department of Human Services; State of Hawaii, Child Protective Service; Patricia Snyder, Social Services Division Administrator; David K. Y. Kam, CPS Supervisor; Elliott Plourde, CPS Worker; Judge Lillian Ramirez-Uy; Honolulu (City) Police Department / Honolulu Police Officer K. Kanaa (Badge 3617)<br><br>Defendants | Civil No.:  CV04 00672 HG KSC<br><br>**MOTION TO EXTEND TIME FOR DISCOVERY**<br><br>**MEMORANDUM IN SUPPORT OF MOTION;**<br><br>**CERTIFICATE OF SERVICE**<br><br>**NON-HEARING**<br><br>JUDGE: THE HONORABLE MAGISTRATE JUDGE KEVIN S. C. CHANG<br><br>JURY TRIAL: May 2, 2006 at 9:00 AM |

### MOTION TO EXTEND TIME FOR DISCOVERY

Now comes the plaintiffs, Rufus R. Robinson III and Gretchen M. Robinson, and hereby move this court to extend the time for Discovery. [In accordance with FRCP Rule 6(b) and Local Rule 6.2(b)]. Plaintiffs are requesting ninety additional days for discovery.

DATED AT: HONOLULU, HAWAII    THIS    14th    DAY OF    MARCH 2006.

Rufus R. Robinson III    PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii  96792    (808) 696-5341