Rufus R. Robinson III   PRO SE
Willard Imamoto         PRO SE
Pastor George Piliwale  PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii  96792
(808) 696-5341   Home / Business
(808) 696-3966   FAX
Email: rufus_r_robinson_iii1@msn.com

# United States District Court

## District of Hawaii

| | |
|---|---|
| Rufus R. Robinson III, Gretchen M. Robinson<br><br>Plaintiffs,<br><br>vs.<br><br>Tripler Army Medical Center; Tripler Army Medical Center, Director of Neonatal Intensive Care Unit; State of Hawaii, Department of Human Services; State of Hawaii, Child Protective Service; Patricia Snyder, Social Services Division Administrator; David K. Y. Kam, CPS Supervisor; Elliott Plourde, CPS Worker; Judge Lillian Ramirez-Uy; Honolulu (City) Police Department / Honolulu Police Officer K. Kanaa (Badge 3617)<br>Defendants | Civil No.:  CV04 00672 HG KSC<br><br>**MEMORANDUM IN SUPPORT OF MOTION**<br><br>**JUDGE: THE HONORABLE MAGISTRATE JUDGE KEVIN S. C. CHANG**<br><br>**JURY TRIAL: May 2, 2006 at 9:00 AM** |

### MEMORANDUM IN SUPPORT OF MOTION

In January, 2006, Plaintiff confusion arose over the status of this case and defendant's refusal to comply with discovery requests. The Plaintiffs fell further behind in timeliness to respond to deadlines.

Case confusion was cleared with an order by Judge David A. Ezra dated February 20, 2006 [ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR RULING ON CASE STATUS].

<u>TIME CONSTRAINTS</u>

Time constraints have been a family emergency and employment workload.

<u>PREVIOUS EXTENSIONS</u>

Plaintiffs have not been granted an extension prior to this request.

<u>DICCOVERY TO BE COMPLETED</u>

Discovery requests for written depositions (30 questions)

Discovery requests for CPS, HPD, TAMC, and DHS administrative rules and customs must be requested and submitted as evidence.

Depositions already completed must have transcription completed and submitted to the court.

Other discovery discovered during the discovery process.

### CONCLUSION

Plaintiff's are Pro Se any truly require additional time to complete discovery. Additional time will allow the Plaintiffs to get back on schedule for Trial. We understand that the Rule 16 Scheduling Order may be changed to comply with this extension request.

DATED AT: HONOLULU, HAWAII    THIS    14th    DAY OF    MARCH 2006.

Rufus R. Robinson III    PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii 96792    (808) 696-5341