Rufus R. Robinson III    PRO SE
Willard Imamoto          PRO SE
Pastor George Piliwale   PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii  96792
(808) 696-5341    Home / Business
(808) 696-3966    FAX
Email: rufus_r_robinson_iii1@msn.com

# United States District Court
## State of Hawaii

| | |
|---|---|
| Rufus R. Robinson III,<br>Gretchen M. Robinson<br><br>        Plaintiffs,<br>   vs.<br>Tripler Army Medical Center; et. al.,<br><br>        Defendants | Civil No.: CV04 00672 HG KSC<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the previous document was mailed, postage paid, to each of the following:

  RACHEL S. MORIYAMA
  Assistant U. S. Attorney
  Room 6-100, PJKK Federal Building
  300 Ala Moana Boulevard
  Honolulu, Hawaii 96850-6100

    Attorney for Defendant
    United States of America

  JOANNA B. K. FONG
  HOLLY T. SHIKADA
  Department of the Attorney General
  235 S. Beretania Street,  Room 304
  Honolulu, Hawaii  96813

    Attorney for Defendant
    THE HONORABLE LILLIAN RAMIREZ-UY

CINDY S. INOUYE
KENDALL J. MOSER
Deputy Attorneys General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813

Attorneys for Defendants
STATE OF HAWAII, DEPARTMENT OF HUMAN SERVICES;
STATE OF HAWAII, CHILD PROTECTIVE SERVICES;
PATRICIA SNYDER; DAVID K. Y. KAM;
ELLIOTT PLOURDE

MARIE MANUELE GAVIGAN
Deputy Corporation Counsel
530 S King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendant
HONOLULU POLICE DEPARTMENT
Honolulu Police Officer K. Kanaa (Badge 3617)


DATED AT: HONOLULU, HAWAII   THIS   14th   DAY OF   MARCH 2006.

_____
Rufus R. Robinson III   PRO SE
85-124 A  Ala Walua Street
Waianae, Hawaii 96792   (808) 696-5341