# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/28/2006 4:30 pm

SUE BEITIA CLERK

CASE NUMBER:     CV04-00672DAE-KSC

CASE NAME:       Rufus Robinson, III, et al. vs. Tripler Army Medical Center, et al.

ATTYS FOR PLA:   Rufus Robinson, Pro Se

ATTYS FOR DEFT:  Kendall Moser
                 Rachel Moriyama

INTERPRETER:

---

JUDGE:    Kevin S. C. Chang        REPORTER:    FTR C5

DATE:     3/28/2006                TIME:        9:17-9:29:13am

---

COURT ACTION:  EP:
1.  Motion to Extend Time for Discovery
2.  Final Pretrial Conference


Motion taken under advisement.  Court to review the case file to see whether there is Proof of Service on Officer Kanaa as required by the 10/4/05 order.  Court to issue written order.

Final Pretrial Conference not held.

Submitted by: Shari Afuso, Courtroom Manager