# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV NO. 04-00672DAE-KSC
CASE NAME:       Rufus Robinson Vs. Tripler, et al.
ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE:    David Alan Ezra           REPORTER:
DATE:     4/13/2006                 TIME:

COURT ACTION:  EO:

Jury Trial date of May 02, 2006 before Judge Ezra is hereby vacated. On March 28, 2006, the court ruled that proper service was not made on the last remaining defendant (Officer Kanaa). Plaintiffs not having served Defendant Kaana properly in accordance with Rule 4 of the Federal Rules of Civil Procedure, this case is hereby terminated.

cc: All Parties in this Action

Submitted by Leslie L. Sai, Courtroom Manager