# United States Court of Appeals for the Ninth Circuit
## AMENDED Record Transmittal Form

Date: August 7, 2006

To: United States Court of Appeals  Attn:  (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk             ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103  ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        04-00672DAE-KSC        Appeal No:   05-17011
Short Title:  Robinson vs. Tripler Army Medical

| | | |
|---|---|---|
| Clerk's Files in | _____ | volumes (✓) original ( ) certified copy |
| Bulky docs | _____ | volumes (folders) docket # |
| Reporter's Transcripts | 2 | volumes (✓) original ( ) certified copy |
| Exhibits | _____ | volumes ( ) under seal |
| | _____ | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: all parties of record