IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RUFUS R. ROBINSON, III; GRETCHEN M. ROBINSON, | CIVIL NO. 04-00672 DAE-KSC |
| Plaintiff(s), | ORDER ADOPTING MAGISTRATE'S REPORT OF SPECIAL MASTER RECOMMENDING THAT PLAINTIFFS' MOTION FOR ATTORNEY FEES BE GRANTED IN PART AND DENIED IN PART |
| vs. | |
| ELLIOT PLOURDE, CPS WORKER, | |
| Defendant(s). | |

**ORDER ADOPTING MAGISTRATE'S REPORT OF SPECIAL MASTER RECOMMENDING THAT PLAINTIFFS' MOTION FOR ATTORNEY FEES BE GRANTED IN PART AND DENIED IN PART**

Findings and Recommendation having been filed and served on all parties on May 17, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 14, 2010.



_____
David Alan Ezra
United States District Judge

Rufus R. Robinson, III, et al. vs. Elliot Plourde, CPS Worker, Civil No. 04-00672 DAE-KSC; ORDER ADOPTING MAGISTRATE'S REPORT OF SPECIAL MASTER RECOMMENDING THAT PLAINTIFFS' MOTION FOR ATTORNEY FEES BE GRANTED IN PART AND DENIED IN PART

cc:all parties of record